# UNITED STATES DISTRICT COURT OF EAST NORT CAROLINA

UNITED STATES OF AMERICA.
Judge.. Frank D. Whitney

VS

Sandoval Carlos Edgar Uriel
Case # DNW 312 CR 00139-006
BOP # 27415-058

## MOTION

Clarify sentence Modification Criminal counts under Treaty Art. IV 4 6 7 8 IV-11 18.U.S.C § 4101 (h) and 4107 (b)(1).

Respectfully defendant Art. Pro-se to complain and clarification of criminal count tha I pleaded guilty of Conspiration to distribute and wash money at Honorable Court of United States District of Carolina of Nort.

And I got a sentence of 202 months in prision on September 2 the 2014 plaintiff and defendant Sign a Plea Agreement under Treaty Art. see VI 18 US.C = 4107 (b)(1). The Transferring State shall have exclusive Juridiction over any proceding regardless of their fom, Intented to chalenge modify or set aside sentences handed down by 14s Court etc.

## Arguments.

On date 29 November 2023 on a hearing publict audience with a Judge, RICARDO Pablo Félix and Mexican prosecuter with Jurisdiction in Culiacan Sinaloa Mexico prosecute me Judge me and reesentence me modifiying the criminal count of "Conspiracy" "Crimen Organizado" They repite a Judgement with a case ressument that my case manager wich it is an administrative source send on my-

1. As used in the relevant authorizing statute the word "sentence" refers to both the penalty imposed and Judgment of conviction 18 U.S.C § 4101 (h).

File to Mexican authorities Judge, Ricardo Pablo Félix and prosecuter based on the ressume sentence me again and find me guity of "Crimen Organizado" Ignoring my sentence data send in English by US Deparment of Justice Criminal Deparment where verry clear specify "Conspirancy and wash money, making big damage to my person human rigths and braking Treaty Art.1 IV (4, 6, 7, 8) III - II 18 U.S.C § 4101 (h) and no limit 4107 (b)(1) pro-se Judge, Ricardo Pablo Félix and prosecuter wit only Juridiction in Culiacan Sinaloa Mexico

Argues that he can modify and resentence me wiht his juridiction prosecoter ask for information on my Criminal Case abouth how many people I know informanst and money to find me guilty of this new criminal count Delincuencia Organizada in Englih it is interprice through apparterns of "RO Keeting Activity S4S off C.H.G: 18 § 1972 (4).

Living me with out any oportunity of a benefit and I never sing of find guilty of this new count by United States of America I get aproved for Teatry to serve a sentence. Not to come and get reesentence with criminal count Teatry art. and Pro-se.

2. CF US Dep't of Just, Just manual § 9-35.014 (2020) Nothing that a reciving country is bound by the sentenang Country's findinys of fact insofar as they apper in the Judgment.

3. See United States of America vs Lopez Paniagua 5:18-cr-00074-DCR-MAS (Record No 275-1) Kentucky Central Div.

## Conclusion

Respectfully I ask this Honorable Court and Honorable Judge Frank D. Whitney, ground and relife this motion United States of America Court of still has full juridiction on my criminal count and my Plea that both plaintiff and defendant sign.

Clarify this Law Brake with pertinent Mexican authorite have them remove new criminal cont "Delincuencia Organizada" and respect United States Court mandate under treaty Art VI see, 18 USC §4107(b)(1) and no limited to other Arts.

I appreciated you all god bless you and be waithing on responce from United States of America.

Respectfully submited on 11-OCTOBER 2024.

Sandoval Carlos Edgar Uriel.
BOP #27415-058

*Edgar Sandoval*

Cefereso #8, Nor-poniente calle 500 entre canal 25 y 27 Predio Jesus Maria Ejido La Chepartosa Guasave Sin. Mexico CP. 81162.